# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1196
Lower Tribunal No. 22-18478-CA-01
_____

**Evolution MMA Miami, Inc.,**
Appellant,

vs.

**John Holmes, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

Cole, Scott & Kissane, P.A., and Scott A. Cole and Francesca M. Stein, for appellant.

The Law Offices of Yvette E. Blackwell-Gomez, P.A., and Yvette E. Blackwell-Gomez; The Alvarez & Friger Trial Law Firm, P.A., and Carlos O. Friger, for appellees.

Before EMAS, GORDO AND GOODEN, JJ.

PER CURIAM.

Affirmed.